PEOPLE ex rel. PARKE–DAVIS & CO. v. MILLER, Comptroller. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Proceeding by the people of the state of New York, on the relation of Parke-Davis & Co., against Nathan L. Miller, Comptroller of the State of New York. No opinion. Determination of the Comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. RICE v. STURGIS, Com'r. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Proceeding by the people of the state of New York, on the relation of Thomas F. Rice, against Thomas Sturgis, commissioner. No opinion. Motion denied.

PEOPLE ex rel. RUTHERFORD, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York, on the relation of Francis M. Rutherford, against Perex M. Stewart, as superintendent, etc. W. B. Crowell, for appellant. A. S. Gilbert, for respondent. No opinion. Order reversed, with costs, on the authority of People ex rel. O'Toole v. Stewart (decided Nov. 7, 1902) 78 N. Y. Supp. 473.

PEOPLE ex rel. VICARY v. KILLIAN. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Proceeding by the people of the state of New York, on the relation of Elsie Vicary, against Frederick Killian. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. HARDING v. COLLIER et al. PEOPLE ex rel. NEAL v. SAME. PEOPLE ex rel. SIMS v. SAME. PEOPLE ex rel. WILLS v. SAME. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Separate proceedings by the people of the state of New York, on the relation, respectively, of John M. Harding, of Alexander Neal, of Michael J. Sims, and of William H. Wills, against William Miller Collier and others, constituting the State Civil Service Commission. No opinions. Orders affirmed, without costs, on the authority of Matter of Blust v. Collier, 62 App. Div. 478, 70 N. Y. Supp. 774.

PETCHAFT, Respondent, v. ROSENBLUM, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Bernard Petchaft against George Rosenblum. H. M. Marks, for appellant. S. Friedlander, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PIKE, Appellant, v. HOLBROOK, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Charlotte G. Pike against Louisa R. Holbrook, as administratrix. G. W. Miller, for appellant. T. H. Silkman, for respondent. No opinion. Judgment affirmed, with costs.

PLATE, Respondent, v. BLUMENFELD, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Bernhard Plate against "Beny" Blumenfeld, the said name "Beny" being fictitious, his true Christian name being unknown to plaintiff. No opinion. Judgment unanimously affirmed, with costs.

PLUMMER, Respondent, v. INTERNATIONAL POWER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by John F. Plummer against the International Power Company. P. G. Bartlett, for appellant. J. R. Dos Passos, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PORTER v. INTERNATIONAL BRIDGE CO. et al. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by Peter A. Porter individually and as grantee, etc., against the International Bridge Company, the Grand Trunk Railway Company of Canada, and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Questions to be certified to be settled before Mr. Justice Spring upon two days' notice.

POWDERLY v. SOOYSMITH et al. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by James Powderly against Sooysmith & Co. No opinion. Motion denied, without costs.

PRINZ, Appellant, v. CITIZENS' INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by Henrietta Prinz against the Citizens' Insurance Company. No opinion. This case has been submitted upon the assumption that the record contains all the evidence, although there is no certificate to that effect. In order that this omission may be supplied, the decision of the case will be deferred to enable counsel to insert the proper certificate.

QUACKENBOSS v. GLOBE & RUTGERS FIRE INS. CO. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by George W. Quackenboss against the Globe & Rutgers Fire Insurance Company. No opinion. Motion denied, with $10 costs.

RAGEN et al., Respondents, v. DUNDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by John Ragen and others against Edward A. Dundon. No opinion. Judgment and order affirmed, with costs.

RAYNOR, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Ellen A. Raynor against the Prudential Insurance Company of America. No opinion. Motion granted.